UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | |
|---|---|
| WILLARD HURLEY, | CIV. 10-4165 |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendants. | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

IT IS STIPULATED AND AGREED by the parties to this action, through their respective counsel of record, that this action may be dismissed on the merits, with prejudice and with the parties bearing their own costs. It is further

STIPULATED AND AGREED that the Court may make and enter its Judgment of Dismissal without further notice or hearing to either party, such hearing or notice being expressly waived.

CIV. 10-4165
Stipulation for Dismissal

Dated this 8th day of April, 2013.

                                                 FULLER & WILLIAMSON, LLP

                                               William Fuller
                                               7521 South Louise Avenue
                                               Sioux Falls, SD 57108
                                               Phone:(605) 333-0003
                                               Fax:   (605) 333-0007
                                               Email bfuller@fullerandwilliamson.com
                                               Attorneys for Defendants

CIV. 10-4165
Stipulation for Dismissal

Dated this 9th day of April, 2013.

JOHNSON, HEIDEPRIEM & ABDALLAH

_____
Mr. Scott A. Abdallah
P.O. Box 2348
Sioux Falls, SD 57101
Phone  605-338-4304
Fax    605-338-4162
sabdallah@jhalawfirm.com
Attorneys for Plaintiff