UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLARD HURLEY, | ) | CIV. 10-4165-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation for dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on the merits, with prejudice, and with the parties bearing their own costs.

Dated April 10, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE